UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20207-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**DIEGO MIGUEL LOAIZA**,

    Defendant.

_____/

<u>**ORDER**</u>

THIS CAUSE came before the Court on Magistrate Judge Melissa Damian's Report and Recommendation on Change of Plea, entered on October 19, 2023 [ECF No. 87]. To date, no party has filed an objection. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 87]** is **AFFIRMED AND ADOPTED**, and Defendant's change of plea is accepted.

**DONE AND ORDERED** in Miami, Florida, this 3rd day of November, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record
       Magistrate Judge Melissa Damian